FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>              Plaintiff,         )<br>                                )<br>         v.                     )<br>                                )<br>JUAN PABLO RENDON-INZUNZA,      )<br>                                )<br>              Defendant.        )<br>_____) | Criminal Case No. 07CR3316-LAB<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation<br>of Cocaine(Felony) |

The United States Attorney charges:

On or about November 13, 2007, within the Southern District of California, defendant JUAN PABLO RENDON-INZUNZA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 27.48 kilograms (approximately 60.45 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

    DATED:  December 11, 2007  .

                              KAREN P. HEWITT
                              United States Attorney

                              /s/ John J. Weis
                              CAROLINE P. HAN
                              Assistant U.S. Attorney

CPH:drh: Imperial
12/10/07