UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY ALAN BURNS)

FILED
FEB 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN PABLO RENDON-INZUNZA,<br><br>    Defendant | CASE: 07-cr-03316-LAB-1<br><br>ORDER FOR SUBSTITUTION OF ATTORNEY |

**GOOD CAUSE** appearing therefor:

**IT IS HEREBY ORDERED** that MR. JUAN PABLO RENDON-INZUNZA substitutes attorney CHRISTIAN DE OLIVAS, from DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number (714) 646-3314, as attorney of record in place and stead of attorney, JOSEPH MILCHEN, from the LAW OFFICES OF JOSEPH MILCHEN.

**IT IS SO ORDERED:**

2-25-08
DATED

_Larry A. Burns_
U.S. DISTRICT COURT JUDGE
LARRY ALAN BURNS